# FSA Time Credit Assessment
Register Number:94787-038, Last Name:PEREZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

```
Register Number....: 94787-038           Responsible Facility: BER
Inmate Name                              Assessment Date.....: 01-19-2023
  Last.............: PEREZ               Period Start/Stop...: 12-21-2018 to 01-19-2023
  First............: ALEJANDRO           Accrued Pgm Days....: 1465
  Middle...........:                     Disallowed Pgm Days.: 25
  Suffix...........:                     FTC Towards RRC/HC..: 115
Gender.............: MALE                FTC Towards Release.: (365)
Start Incarceration: 12-03-2013          Can Apply FTC.......: No
```

```
Start         Stop          Pgm Status    Pgm Days
12-21-2018    01-19-2023    accrue        1465
  Cannot apply FTC
  Detainer: Yes
  Facility  Category  Assignment  Start              Stop
   BER       FSA       R-LW        07-06-2022 0900    CURRENT
-------------------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
12-21-2018    01-11-2022    accrue        1117
  Accrued Pgm Days...: 1117
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 370
-------------------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
01-11-2022    01-27-2022    disallow      16
  In SHU
  Facility  Category  Assignment   Start              Stop
   RVS       QTR       Z01-320LDS   01-11-2022 1658    01-26-2022 1020
-------------------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
01-27-2022    05-17-2022    accrue        110
  Accrued Pgm Days...: 110
  Carry Over Pgm Days: 7
  Time Credit Factor.: 10
  Time Credits.......: 30
-------------------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
05-17-2022    05-26-2022    disallow      9
  Not in qualifying admit status
  Facility  Category  Assignment  Start              Stop
   RVS       ARS       TRANSFER    05-16-2022 0450    05-16-2022 0450
```

Assessment Date: 01-19-2023                (1)                Assessment# -2147005201