UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alejandro Perez

    v.                                              Case No. 23-cv-64-SE

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 10, 2023. For the reasons explained therein, I dismiss Perez's petition as moot. The Warden's motion for summary judgment (Doc. No. 4) is denied as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

                                                   _____
                                                   Samantha D. Elliott
                                                   United States District Judge

Date: August 31, 2023

cc:   Alejandro Perez, pro se
       Counsel of record